THE HARTFORD NATIONAL BANK AND TRUST COMPANY,
TRUSTEE (ESTATE OF CORANNA B. CONNERTON),
ET AL. *v.* FRANK P. CONNERTON

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is denied.

*Joseph S. Sudarsky,* with whom was *Harvey Hoberman,* for the appellees (plaintiffs).

*Thomas C. Cambria,* for the appellant (defendant).

Argued June 1—decided June 1, 1965

EARL TOMPKINS, ADMINISTRATOR (ESTATE OF PAUL
A. TOMPKINS) *v.* JOSEPH B. SMITH

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*James R. Greenfield,* for the appellee (plaintiff).

*Lee B. Brooks,* for the appellant (defendant).

Argued June 1—decided June 1, 1965

HUGH TRAFFORD *v.* ATWOOD CHEVROLET COMPANY
ET AL.

The motion by Snow G. Munford to withdraw his appearance for the named defendant in the appeal from the Superior Court in Hartford County is granted.

*Snow G. Munford,* pro se.

Argued June 1—decided June 1, 1965